*Original filed 4/3/07

1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  RICKEY ALFORD                              )        No. C 06-4610 JF (PR)
                                              )
13                        Petitioner,         )        ORDER OF DISMISSAL
                                              )
14      vs.                                   )
                                              )
15  ELOY MEDINA, et al.,                      )
                                              )
16                        Respondents.        )
    _____)

17
18
19

    On August 15, 2006, the instant habeas action was transferred to this Court from

the United States District Court for the Eastern District of California.  On that same day

this Court sent a notification to Petitioner that his in forma pauperis application was

incomplete because he failed to submit a certificate of funds from his prisoner account

and a trust account  statement showing transactions for the prior six months.  The Court

provided a copy of the correct form for application to proceed in forma pauperis, along

with a return envelope, instructions, and a notification that the case would be dismissed if

Petitioner failed to pay the fee or file the completed application within thirty days.  As of

the date of this order, Petitioner has not responded.

///

28

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Alford610disifp                    1

1   Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or

2   file a completed in forma pauperis application.  The Clerk shall terminate any pending

3   motions and close the file.

4        IT IS SO ORDERED.

5   DATED:  4/3/07

6                        JEREMY FOGEL
                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   This is to certify that on _____4/3/07_____, a copy of this ruling
    was mailed to the following:

2

3   Rickey Alford
    J-39242

4   CSP - Salinas Valley IV
    P.O. Box 1060

5   Soledad, CA  93960

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Alford610disifp                3